UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 19-7701-DMG (AGRx) | Date | September 16, 2019 |
|---|---|---|---|
| Title | *Gabriel Rosas Ybarra v. Alaska Airlines, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION**

On September 5, 2019, Plaintiff Gabriel Rosas Ybarra filed this action against Defendants Alaska Airlines, Inc. and Virgin America, Inc. [Doc. # 2 ("Compl.").] He alleges causes of action for general negligence, negligent hiring, and common carrier liability, none of which appear to implicate federal law. *See id.* According to Plaintiff, the Court has jurisdiction over his suit under 28 U.S.C. 1332(a). *Id.* at ¶ 10. He also alleges, however, that he is a resident of Los Angeles County, Alaska Airlines is a corporate citizen of Washington, and Virgin America is a corporate citizen of Delaware and California.[1] *Id.* at ¶¶ 1-5.

To establish diversity jurisdiction under 28 U.S.C. section 1332(a), there must be "complete diversity between the parties—each defendant must be a citizen of a different state from each plaintiff." *Diaz v. Davis (In re Digimarc Corp. Derivative Litig.)*, 549 F.3d 1223, 1234 (9th Cir. 2008). As alleged, Plaintiff's Complaint indicates a lack of complete diversity because he and Virgin America are both California citizens.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the Court should not dismiss this action, without prejudice, for lack of subject matter jurisdiction. Plaintiff shall file a response, not to exceed 10 pages, within **14 days of the date of this Order. Failure to timely file a satisfactory response by this deadline will result in the dismissal of this action for lack of subject matter jurisdiction.**

**IT IS SO ORDERED.**

---

[1] In two separate paragraphs, Plaintiff alleges that Virgin America has two different principal places of business. *Compare* Compl. at ¶ 3 *with* Compl. at ¶ 5. Since both of these places are in California, the discrepancy is meaningless for the purposes of this Order.